PC SCAN

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
DJ
1/29/2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

ANTONIO McDOWELL

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Case No: 18-CV06509
(To be supplied by the Clerk of this Court)

WALTER NICHOLSON
RANDY PFISTER

Judge Thomas Durkin

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

CHECK ONE ONLY:

AMENDED COMPLAINT

X COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

____ OTHER (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I. Plaintiff(s):**

A. Name: AnTONIO McDowell

B. List all aliases: N/A

C. Prisoner identification number: K73352

D. Place of present confinement: State Correctional Center

E. Address: 16830 S. Broadway, Joliet IL 60434

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Walter Nickolson

Title: Warden (former warden)

Place of Employment: Stateville Corredional Center

B. Defendant: Randy Pfister

Title: Warden (former warden)

Place of Employment: Stateville Correctional Center

C. Defendant: ______

Title: ______

Place of Employment: ______

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: McDowell V. Hardy 13-c-63375 McDowell V. Hardy 04-CV-04 992 2012 (Federal H+b)

B. Approximate date of filing lawsuit: March 2013 - 2012)

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: Randy Pfister, Marcus Hardy, Salvadore Godinez, Dr. Louis Shicker, and Tarry William - Marcus Hardy

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District

F. Name of judge to whom case was assigned: Thomas Durkin

G. Basic claim made: Deliberate indifference - Violation of the U.S. constitution.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed

I. Approximate date of disposition: ________

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1) Defendant Walter Nickolson, is sued in his personal and official capacity while acting as/while under the color of law as warden of Stateville C.C. violated Plaintiffs 8th and 14th Amendment U.S. Constitutional Rights against cruel and unusual punishment by depriving Plaintiff the minimal civilized measures of life's necessities and Defendant acted with deliberate indifference. The Defendant was made aware of the unsafe and unsanitary conditions in Delta House where Plaintiff Resides by sanitation and safety Reports, verbal and written complaints by Plaintiff and other inmates living in Delta house. Plaintiff spoke to warden Nickolson in july of 2018 and when the warden performed his walk throughs.





[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Plaintiff explained to the Warden that the Black mold in the showers and the ventilation being bad was Affecting his vision and his breathing Warden Nickolson did nothing to alleviate the poor conditions inside Delta house.

2.) Defendant Randy Pfister is being sued in his personal and official capacity while acting under the color of law as warden of Stateville violated Plaintiffs 8th and 14th amendment rights to the U.S. Constitution by depriving Plaintiff of the minimal civilize measures of life necessities and Defendant acted with deliberate indifference. Defendant was made aware of the unsafe and unsanitary conditions from and by safety and sanitation reports, grievances, verbal and written complaints by Plaintiff and other inmates living in Delta House. Plaintiff began too have skin rashes in 2015,





[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

And in January of 2016 Plaintiff began to suffer from eye irritation and blurry vision whenever he would enter the school building and showers in Delta house. In March of 2016 Plaintiff wrote Defendant Phister a letter explaining how the mold and bad ventilation affected his health but, Defendants made no efforts to fix the mold, bad ventilation and the birds that nested in Delta house. It must be restated that the living conditions are unjust.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1. Punitive Damages, Compensatory Damages.
2. Attorney fees and Court Cost.
If A Attorney is granted or procurred pay all cost. Any other Relief the Court deem proper. Fix Stateville Correctional center unsafe and unsanitary conditions

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

**CERTIFICATION**

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 29 day of Jan, 20 19

Antonio McDowell

(Signature of plaintiff or plaintiffs)

Antonio McDowell

(Print name)

K73352

(I.D. Number)

P.O. Box 112

Joliet, IL. 60434

IN THE
United States District Court
Northern District of Illinois Eastern Division

Antonio McDowell (K73352)
Plaintiff,

v.

Case No. 18-CV06509

Walter Nicholson, et al.,
Defendant

SCANNED AT STATEVILLE CC and E-mailed
1-29-19 by CK 8 pages
date initials No.

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of the U.S.
District Court
219 S. Dearborn
Chicago, IL. 60604

TO:

TO:

TO:

PLEASE TAKE NOTICE that on January 23rd, 2019, I have placed the documents listed below in the institutional mail at Stateville Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: 1 Amendment complaint

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 1/28/2019

/s/ Antonio McDowell
NAME: Antonio McDowell
IDOC#: K73352
Stateville Correctional Center
P.O. BOX 112
Joliet, IL 60434